FILED

06/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0229

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

DA 22-0229

SISTER MARY JO MCDONALD, LORI MALONEY, FRITZ DAILY, BOB BROWN, DOROTHY BRADLEY, VERNON FINLEY, MAE NAN ELLINGSON; AND THE LEAGUE OF WOMEN VOTERS OF MONTANA,

*Plaintiffs and Appellees*,

V.

CHRISTI JACOBSEN, MONTANA SECRETARY OF STATE,

*Defendant and Appellant.*

**ORDER**

Upon consideration of Appellant's unopposed motion for expedited briefing schedule, and good cause appearing therefor,

IT IS HEREBY ORDERED that the following briefing schedule is adopted:

- Appellant shall file her Opening Brief by June 9
- Appellees shall file their Answer Brief by June 29
- Appellant shall file her Reply Brief by July 6

No extensions will be granted.

CC

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2022